*media attention for issues and/or events that go unreported within the larger community.*

*Kurfees reiterated his opinion that the third paragraph in the policy was incongruent with the mission statement. He said that if groups or their presence in the library became disruptive, the library has options available. Moore noted that in some cases, the problems came not from the groups, but from other people's protests about the group.*

*Burtch said that the City of Columbus had major fiscal problems when a Nazi rally at the State Capitol sparked a counter demonstration. The Columbus Police had to expend over $300,000 in additional police coverage in order to ensure public safety. He noted that a similar situation in Skokie, Illinois cost that city $1,000,000. Burtch said that the Supreme Court held that the city was responsible for those costs.*

*Magill said that there is a clear difference between partisan campaign groups and public information meetings by elected officials. He reiterated his view that the current policy is okay and more enlightened than many others.*

*Kurfees said that he understood that the library should not support or allow groups to use meeting space who are proselytizing but that study should be permitted, whether the group is studying the Bible, the Koran or Aristotle.*

*Magill said that he would like information from other libraries about how they implement their policies and what problems they experienced that may have led to changes. He noted that Columbus Metro Library has a similar policy regarding religious and political groups. Burtch suggested that Minx contact CML and give them the information about the initial room request UAPL had for the Bible study to see if they would have permitted the group to use meeting space and explore their reasoning with them. Magill suggested that Minx also make direct contact with Austin Public Library to discuss their policy with them.*

*Minx said that as a practical matter, the Community Relations department could start compiling and maintaining more complete information about groups who request meeting room space. She noted that at present, little information is captured beyond the name and phone number of the person doing the booking.*

*The committee agreed to meet again to continue the discussion. Magill requested that Minx provide them with the information from her contact with CML and Austin and any other information she might gather prior to the next meeting so that the committee has time to read it and to give it consideration. The committee agreed to meet on Thursday, June 14, 2007 at 7:30 a.m. Minx was asked to supply information by Tuesday, June 12, 2007.*

*The meeting adjourned at 8:15 a.m.*

*Ad Hoc Meeting Room Use Committee*
*Tuesday, June 14, 2007*

## MEETING NOTES

*IN ATTENDANCE:* Bryce Kurfees, John Magill, Jack Burtch, Ann Moore, Ruth McNeil, Nancy Roth

The meeting was called to order at 7:35 a. m.

McNeil said that Christine Minx's research revealed that Worthington and Columbus Metropolitan Libraries, whose meeting room policies are worded very similarly to UAPL's, do not prohibit Bible study. She said that at CML, Bible study seemed to be a grey area, but that it was not prohibited out of hand. Kurfees said that he had contacted Westerville and the Whetstone branch of CML and that both indicated they would permit Bible study to meet.

Kurfees said that he continues to believe that a change in the language of the policy is needed for clarity. Burtch said that the issue of meeting room use by religious groups is currently a hot issue around the country. He said that he believes that the current language allows for the library to interpret meeting room use to permit religious study groups. He said that he would prefer not changing the wording of the policy, but adjusting the practice instead.

Burtch noted that there is action pending before the Supreme Court on this issue stemming from a case in the 9th Circuit Court. He said that in a 24-page opinion from the 9th Circuit Court, it was held that the library was a "limited public forum" and not obligated to provide meeting space for religious purposes. He said that with other court cases pending, he would prefer to avoid making changes, but would accede to the wishes of the other members of the committee.

Kurfees said that he felt the policy needs to be clarified so that other patrons are not refused use of a room as was the patron who sent the original email. Magill said that meeting room use could be addressed without changing the policy. He noted that groups requesting meeting room space should be filling out an application which staff could then review to make a case-by-case determination of whether the group meets the criteria for meeting room use.

McNeil noted that inserting the wording "religious worship services" into the policy would clarify the nature of meetings that could not qualify for meeting room use. Burtch said that in the dissent opinion from the 9th Circuit Court, it was noted that defining what constitutes a "worship service" is an extremely difficult task. He said that he attempted to a re-write of the policy, but soon realized that he was changing too much of the policy.

*Moore noted that the Community Relations staff already does a case-by-case assessment when inquiries are made for room reservations.*

*Burtch said that it would not be appropriate for the library to offer a venue for study groups from a specific church since they should have facilities available to them through their church. He noted that this restriction would avoid the appearance of having a "state supported" religion.*

*Kurfees reiterated that some clarification of the policy was needed and that the library is a community center that should accommodate these types of groups. Magill noted that the library's primary function is as a library not a community center. He said that as a public library, UAPL has to function under specific statutory guidelines and cannot view itself as primarily a community center.*

*Kurfees asked about the committee members' current opinions. Burtch said that he did not have a problem with Bible study groups meeting but that he was not confident that there was a need to change policy language. McNeil said that there may be a need for staff training in order to clarify the library's practices. Burtch agreed that it would be beneficial to instruct staff for consistency in application of the policy.*

*Magill said that a written application form for meeting room use should be developed to allow staff to review the stated purpose for each group's meeting. He noted that UAPL is the only local library that does not require a written application for the use of meeting rooms. He said that this application would give staff more information about the nature of the meeting before permission or denial is issued.*

*Moore said that library staff would be able to handle the interpretation of policy without changing the language at the present time.*

*Kurfees stated that he would like to see the language changed. He asked the committee members for a final opinion.*

*McNeil said that she would suggest that means other than a change in policy language be tried first. She suggested that staff training and the development of a written meeting room use application be tried. She noted that if problems persist or if there seems to be consistent confusion in the interpretation of policy, a change in language could be considered. She said that making what might be unnecessary changes in policy to accommodate specific instances can be more confusing that clarifying.*

*Burtch agreed that it would be reasonable to try these steps first. He felt that developing a written application was a key to implementation of the policy.*

*Moore agreed with McNeil's proposal.*

*Magill said that he agreed with the need to develop a written application rather than a change in language. He noted that the library should continue to be aware of how current court cases may affect the policy or it interpretation.*

*Kurfees said that he feels the language of the policy should be changed, but that he will trust that staff education and training and the implementation of a written application process would address the issue adequately for the present time.*

*McNeil said that Community Relations would develop an application. Magill suggested that other libraries' applications be reviewed during the development process.*

*Burtch noted that the Operations Policy in its entirety could be reviewed. Moore said that she and Porter have begun the process and that it has been a long time since the Operations Policy has been up-dated. She said that it is a task that she would like to bring before the Operations Committee in the future.*

*The meeting was adjourned at 8:10 a.m.*

Kurfees said that in lieu of a change of policy, the committee decided to handle the issue by clarifying the interpretation of the current policy with staff and by developing a written application procedure for meeting room use. He noted that the committee will review the application form which is to be developed by the Community Relations Department.

## EXECUTIVE SESSION

Gilligan made a motion for the Board to enter into Executive Session in order to discuss pending litigation. Magill seconded the motion. VOTING AYE: Burtch, Gilligan, Kurfees, Magill and Motil. VOTING NAY: None.

The Board entered into Executive Session at 7:34 p.m.

## ADJOURNMENT

The Board came out of Executive Session at 7:45 p.m.

Motil made a motion to excuse Perera's absence. Magill seconded the motion. VOTING AYE: Burtch, Gilligan, Kurfees, Magill and Motil. VOTING NAY: None.

Motil made a motion to adjourn the meeting. Kurfees seconded the motion.
VOTING AYE: Burtch, Gilligan, Kurfees, Magill and Motil. VOTING NAY: None.

The meeting was adjourned at 7:46 p.m.

_____
Charles V. Motil, President


_____
Megan Gilligan, Secretary

# EXHIBIT 3

# OPERATIONS COMMITTEE MEETING
Thursday, February 08, 2007 7:30 a.m.

## Notes

## IN ATTENDANCE

John Magill, Brian Perera, Ann Moore, Terri McKeown, Kate Porter, John Forgos, Lynda Murray, Nancy Roth

John Magill called the meeting to order at 7:33 a.m.

## MEETING ROOM POLICY DISCUSSION

Moore distributed background information to the committee which included the current UAPL Meeting Room policy and information regarding other libraries' policies that was compiled by Christine Minx, PR Manager. Perera and Magill noted that it was helpful to have the background information as preparation for the discussion on the agenda for the 2/13/07 Board meeting.

Murray said that meeting room policy is a difficult issue and that policies across the state vary from those that are totally open to those that do not allow any meetings. She noted that a library in Troy that adopted an open policy now is dealing with community concerns because a group of Wiccans are using the library space. She said that in Defiance the KKK has used the library meeting space and staged a rally that began on the library grounds.

Murray also pointed out that there are differences between meetings and programs that need to be considered when formulating a policy. She said that any decisions should not be based on content.

Magill and Perera both indicated that they would like to get an indication of how the Board feels about the need, if any, to revise the current policy. (Murray left the meeting at this point.)

## RESULTS OF THE MEETING WITH THE CITY

Moore said that on 1/31/07, she, Porter, Forgos, Motil and Joel Snyder met with Tim Moloney to discuss planning at Lane Road. Forgos said that in general, the City of UA does not care if the mound to the west of the Lane Road Library is moved, but that the cost and responsibility would be the library's. He reported that Moloney said the fill could be added to the sledding hill already in the park or hauled away. Forgos said that the city says the mound contains "clean" fill, but noted that there is no way to be certain of that at the present time. The committee agreed that it would be important to take soil samples before disturbing the mound.

EXHIBIT 3

# EXHIBIT 4



# FAX COVER LETTER

To: Jan - Community Relations

Location: UA Library

Fax Number: 614-486-4530

From: Bruce Purdy

Date: 2/14/08

Time: 10:01 A.M.

Number of Pages sent (including cover page): 4

Comments/Notes:

Fax Sent

EXHIBIT 4

VIA FAX

February 14, 2008

Ms. Ruth McNeil
Community Relations Manager
Upper Arlington Public Library
2800 Tremont Road
Upper Arlington, Ohio 43221

RE: Request for community meeting room

Dear Ms. McNeil:

I would like to request the use of a public meeting room at the main branch of the Upper Arlington Public Library which will hold up to 50 people for an event our organization is planning for Wednesday, February 28, 2008.

Our organization, Citizens for Community Values, along with some local churches and organizations in the area, will be holding several events leading up to the March 4 elections. The events we have planned, what we are calling "Politics and the Pulpit," will address the following topics:

- A discussion of what the Bible teaches regarding involvement by Christians, Pastors, and Churches in politics.
- A discussion of the current status of the law regarding political involvement by Christian, Pastors, and Churches.
- A time of prayer petitioning God for guidance on the Church's proper role in the political process.
- A time of singing praise and giving thanks to God for the freedom we have in this country to participate in the political process.

We are conducting a number of these in the southwest and central Ohio areas. It is our understanding that the Friends Theater is available on Wednesday, February 27 at 7:00pm until 8:30 p.m.

If possible, I would appreciate hearing from you today regarding your decision so that we can continue with our planning. You can contact me at (614) 920-1490. Thank you for your consideration.

Sincerely,

Bruce Purdy

**Upper Arlington Public Library**
**Organization Profile for**
**Meeting Room Reservation**

Organization: CITIZENS FOR COMMUNITY VALUES

Describe the organization: 501(c)3 NON-PROFIT PUBLIC POLICY ORGANIZATION

Type of Organization:
- ☒ Civic
- ☐ School
- ☐ Government
- ☒ Community
- ☐ Faith-based
- ☐ Social
- ☐ Professional association
- ☐ Business
- ☐ Other ___

Address: 3 SOUTH HIGH ST.    City CANAL WINCHESTER    ZIP 43110
Phone: (614) 920-1490
E-mail: INFO@CCV.ORG
Website: WWW.CCV.ORG

Representative reserving meeting room: BRUCE PURDY
Contact number: (614) 920-1490

Organization leader (if different): BARRY SHEETS
Contact number: (614) 920-1490

Description of meeting purpose:
OUR ORGANIZATION, CITIZENS FOR COMMUNITY VALUES, ALONG WITH SOME LOCAL CHURCHES & ORGANIZATIONS, WILL BE HOLDING SEVERAL EVENTS LEADING UP TO THE MARCH 4 ELECTIONS. *(SEE REVERSE - PAGE 2 - FOR CONT'D DESCRIPTION)....

Type of Meeting:
- ☐ Book club
- ☐ Tutoring
- ☐ Board
- ☐ Planning
- ☒ Event
- ☐ Other ___

I have read the attached UAPL meeting room policy and agree to the terms of meeting room use.

Signature: [signed]                    Date: 2-13-2008
Printed name: BRUCE D. PURDY           Title: STATE GRASSROOTS DIRECTOR

Page 2: (continued description from page 1)

The events we have planned, what we are calling "Politics in the Pulpit," will address the following topics:

- A discussion of what the Bible teaches regarding involvement by Christians, Pastors, and Churches in politics.

- A discussion of the current status of the law regarding political involvement by Christian, Pastors, and Churches.

- A time of prayer petitioning God for guidance on the Church's proper role in the political process.

- A time of singing praise and giving thanks to God for the freedom we have in this country to participate in the political process.