# EXHIBIT 5

Dockets.Justia.com

# Facsimile Transmission From:



**Upper Arlington**
**Public Library System**

2800 Tremont Road • Upper Arlington, Ohio 43221-3199
Phone (614) 486-3342 • Fax (614) 487-2043

Sent by: _Jan. M._                          Date sent: _2-15-08_

Attention: _Bruce Purdy_        At: _Citizen for Com. Values_

_We have you scheduled in the_
_Friends Theater on Wed, Feb 27, 2008_
_from 7-9:30 p.m._
_If you have any questions, please call_
_me at (614) 486-9621 (Ext. 251)_

_Thanks,_
_Jan_

Notice Warning Concerning Copyright Restrictions

The copyright law of the United States (Title 17, United States Code) governs the making of photocopies or other reproductions of copyrighted materials.

Under certain conditions specified in the law, libraries and archives are authorized to furnish a photocopy or other reproduction. One of these specific conditions is that the photocopy or reproduction is not to be used for any purpose other than private study, scholarship, or research.' If a user makes a request for, or later uses, a photocopy or reproduction for purposes in excess of 'fair use,' that user may be liable for copyright infringement.

The Upper Arlington Public Library reserves the right to refuse to accept a copying order if, in its judgment, fulfillment of the order would involve violation of copyright law.

Number of pages including this one: ___1___

faxcover.pm5 ref.

EXHIBIT 5

# EXHIBIT 6



UPPER ARLINGTON PUBLIC LIBRARY
Explore. Gather. Grow.

February 21, 2008

Barry Sheets
Citizens for Community Values
3 South High Street
Canal Winchester, Ohio 43110

Dear Mr. Sheets,

This letter is in response to your request for a written statement that a couple of the activities referenced in your request for meeting room space are, in conflict with the Library's stated policy. Please find enclosed a copy of the Upper Arlington Public Library's policy concerning the use of meeting room space by organizations.

The first paragraph of the Meeting Room Overview affirms that, "As an institution of education for democratic living, the library welcomes the use of its meeting rooms for cultural activities and discussion of public questions and social issues." Further down in that section we move to clarify the perimeters of such activities as such, "The use of the meeting rooms for religious... meetings is not permitted.... However, committees affiliated with a church will be allowed to use the meeting rooms provided no religious services are involved."

In a letter to the Library describing the topics your organization will address in the meeting you want to have here, it states, "A time of prayer petitioning God for guidance on the Church's proper role in the political process [and] A time of singing praise and giving thanks to God for the freedom we have in this country to participate in the political process." Both activities are inherent elements of a religious service. The activities described in your letter related to "discussion of Bible teachings... and current status of the law..." are not inherent elements of a religious service. These activities therefore are not in conflict with the Library's stated policy.

The Upper Arlington Public Library welcomes the Citizens for Community Values to use the Library meeting room space for all activities that are within the policy governing use of meeting room space and respectfully ask that the organization refrain from those activities as referenced above that do not.

We appreciate your consideration of the Upper Arlington Public Library as a potential location for your organization's need.

Sincerely,

Ana R. Moore
Director

Lane Road Library
1945 Lane Road
Upper Arlington, Ohio 43220
(614) 459-0273

Tremont Library
2800 Tremont Road
Upper Arlington, Ohio 43221
(614) 486-9621

Miller Park Library
1901 NW Arlington Avenue
Upper Arlington, Ohio 43212
(614) 488-5710


www.ualibrary.org

EXHIBIT 6