# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

CITIZENS FOR COMMUNITY VALUES,
INC.,

        Plaintiff,

   v.

UPPER ARLINGTON PUBLIC LIBRARY
BOARD OF TRUSTEES,

        Defendant.

Case No. 2:08 cv 223

Judge: JUDGE SMITH

Corporate Disclosure Statement

MAGISTRATE JUDGE KING

*FILED*
*JAMES BONINI*
*CLERK*
*2008 MAR -7 A 10: 24*

    Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 7.1.1: Any non-governmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or is under common control with a publicly controlled corporation." A party must file the statement upon filing a complaint, answer, motion, response or other pleadings in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of this case.

    In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

    CITIZENS FOR COMMUNITY VALUES, Plaintiff

1.  Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?

   _____ Yes     __X_____ No

   If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

2.  Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome? _____ Yes    __X_____ No

   If the answer is Yes, list the identity of such corporation and the nature of the financial interest.

_____     3-6-08
(Signature of Counsel)            (Date)

## "Certificate of Service"

**COUNSEL ARE REMINDED OF THEIR CONTINUING OBLIGATION TO UPDATE AND SUPPLEMENT THIS STATEMENT.**