# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

CITIZENS FOR COMMUNITY VALUES,    :
INC.

       Plaintiff,               :      Case No.   2:08-cv-00223-GCS-NMK

     -vs-                    :      District Judge George C. Smith

UPPER ARLINGTON PUBLIC LIBRARY          Magistrate Judge Norah McKann King
BOARD OF TRUSTEES                :

       Defendant.            :

## MOTION FOR ADMISSION *PRO HAC VICE*

       Pursuant to S. D. Ohio Civ. R. 83.4(c), _____David R. Langdon_____,
trial attorney for _____Plaintiff_____ in the above-captioned action, hereby moves the
court to admit _____Kevin H. Theriot_____ pro hac vice to appear and participate as
counsel or co-counsel in this case for _____Plaintiff_____.

       Movant represents that _____Kevin H. Theriot_____ is a member in good standing
of the highest court of _____Kansas_____ as attested by the accompanying certificate from that
court and that _____Kevin H. Theriot_____ is not eligible to become a member of the
permanent bar of this Court. This Motion is accompanied by the required $200.00 fee.

_____Kevin H. Theriot_____ understands that, unless expressly excused, he or
she must register for electronic filing with this Court promptly upon the granting of this Motion.

_____Kevin H. Theriot_____ 's relevant identifying information is as follows:

Business telephone _____913-685-8000_____ Business fax _____913-685-8001_____

Business address _____Alliance Defense Fund; 15192 Rosewood_____

                 _____Leawood, Kansas 66224_____

Business e-mail address _____ktheriot@telladf.org_____

                           _____s/David R. Langdon_____

                             David R. Langdon

                   Trial attorney for _____Plaintiff_____

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2008, I electronically filed the foregoing document

with the Clerk of Court using the CM/ECF system. In addition, I hereby certify that the

foregoing document will be served upon the named defendant with the complaint.

/s/ *David R. Langdon*
David R. Langdon
OH Bar No. 0067046
Attorney for Plaintiff
Langdon & Hartman LLC
11175 Reading Road, Ste. 104
Cincinnati, Ohio 45241
Telephone: (513) 733-1038
Email: dlangdon@langdonlaw.com