# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

CITIZENS FOR COMMUNITY VALUES, INC.  :

    Plaintiff, : Case No. 2:08-cv-00223-GCS-NMK

  -vs- : District Judge George C. Smith
      Magistrate Judge Norah McKann King

UPPER ARLINGTON PUBLIC LIBRARY
BOARD OF TRUSTEES :

    Defendant. :

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S. D. Ohio Civ. R. 83.4(c), __David R. Langdon__, trial attorney for __Plaintiff__ in the above-captioned action, hereby moves the court to admit __Timothy D. Chandler__ pro hac vice to appear and participate as counsel or co-counsel in this case for __Plaintiff__.

Movant represents that __Timothy D. Chandler__ is a member in good standing of the highest court of __California__ as attested by the accompanying certificate from that court and that __Timothy D. Chandler__ is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required $200.00 fee.

__Timothy D. Chandler__ understands that, unless expressly excused, he or she must register for electronic filing with this Court promptly upon the granting of this Motion.

__Timothy D. Chandler__ 's relevant identifying information is as follows:

Business telephone    916-932-2850    Business fax    916-932-2851

Business address    Alliance Defense Fund; 101 Parkshore Drive, Suite 100
                       Folsom, California 95630

Business e-mail address    tchandler@telladf.org

                                       s/David R. Langdon
                                       David R. Langdon

                               Trial attorney for __Plaintiff__

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2008, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. In addition, I hereby certify that the foregoing document will be served upon the named defendant with the complaint.

*/s/ David R. Langdon*
David R. Langdon
OH Bar No. 0067046
Attorney for Plaintiff
Langdon & Hartman LLC
11175 Reading Road, Ste. 104
Cincinnati, Ohio 45241
Telephone: (513) 733-1038
Email: dlangdon@langdonlaw.com
