# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| CITIZENS FOR COMMUNITY VALUES, INC. | : | |
| Plaintiff, | : | Case No. 2:08-cv-00223-GCS-NMK |
| -vs- | : | District Judge George C. Smith<br>Magistrate Judge Norah McKann King |
| UPPER ARLINGTON PUBLIC LIBRARY BOARD OF TRUSTEES | : | |
| Defendant. | : | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S. D. Ohio Civ. R. 83.4(c), __David R. Langdon__, trial attorney for __Plaintiff__ in the above-captioned action, hereby moves the court to admit __Heather Gebelin Hacker__ pro hac vice to appear and participate as counsel or co-counsel in this case for __Plaintiff__.

Movant represents that __Heather Gebelin Hacker__ is a member in good standing of the highest court of __California__ as attested by the accompanying certificate from that court and that __Heather Gebelin Hacker__ is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required $200.00 fee.

__Heather Gebelin Hacker__ understands that, unless expressly excused, he or she must register for electronic filing with this Court promptly upon the granting of this Motion.

__Heather Gebelin Hacker__'s relevant identifying information is as follows:

Business telephone    916-932-2850          Business fax    916-932-2851

Business address     Alliance Defense Fund; 101 Parkshore Drive, Suite 100
                     Folsom, California 95630

Business e-mail address          hghacker@telladf.org


                                    s/David R. Langdon
                                    David R. Langdon

                                    Trial attorney for    Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2008, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. In addition, I hereby certify that the foregoing document will be served upon the named defendant with the complaint.

*/s/ David R. Langdon*
David R. Langdon
OH Bar No. 0067046
Attorney for Plaintiff
Langdon & Hartman LLC
11175 Reading Road, Ste. 104
Cincinnati, Ohio 45241
Telephone: (513) 733-1038
Email: dlangdon@langdonlaw.com
