**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**CITIZENS FOR COMMUNITY VALUES,
INC.,**

      **Plaintiff,**

    **vs.**                           **Civil Action 2:08-CV-223
Judge Smith
Magistrate Judge King**

**UPPER ARLINGTON PUBLIC LIBRARY
BOARD OF TRUSTEES,**

      **Defendant.**

## ORDER

Upon motions, Doc. Nos. 6,7,8, Kevin H. Theriot, Esq., Timothy D. Chandler, Esq., and Heather Gebelin Hacker, Esq., are hereby **GRANTED** leave to appear *pro hac vice*, on behalf of plaintiff, conditional on counsel's registration for electronic filing with this Court,[1] or seeking leave to be excused from doing so, within fourteen days of the date of this Order.

March 12, 2008                             *s/Norah McCann King*
                                                   Norah McCann King
                                             United States Magistrate Judge

---

[1] Counsel may initiate the registration process at this Court's website, http://www.ohsd.uscourts.gov/cmecf.htm. Problems or questions should be directed to Ms. Lisa Wright, 614.719.3222.