## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| Citizens for Community Values, Inc., | Case No. C-2-08-223 |
| Plaintiff, | JUDGE SMITH<br>Magistrate Judge King |
| -v | |
| Upper Arlington Public Library Board of Trusees,<br>    Defendant. | |

### SCHEDULING NOTICE

PLEASE TAKE NOTICE that the above captioned case has been scheduled for **Preliminary Telephone Conference** before the Honorable George C. Smith, Judge on Thursday, April 10, 2008 at 2:00 p.m.

**Counsel for Plaintiff is Ordered to notify Defendant and/or Defendant's counsel of the conference. Plaintiff is further Ordered to place a conference call to Defendant and/or Defendant's counsel and then call the Court at (614) 719-3223 in order to facilitate the phone conference.**

For questions or scheduling difficulties, please contact me at (614) 719-3222.

GEORGE C. SMITH
UNITED STATES DISTRICT JUDGE


*s/Lisa Wright*
Lisa Wright, Courtroom Deputy