## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

Citizens For Community Values, Inc

               Plaintiff(s)

vs.

Upper Arlington Public Library Board of Trustees

               Defendant(s)

**CASE NO.** 2:08-cv- 223
District Judge Smith
Magistrate Judge King

# NOTICE

**PROCEEDING:**  **PRELIMINARY PRETRIAL CONFERENCE**

**PLACE:**  **ROOM 235**
Kinneary U.S. Courthouse
85 Marconi Blvd., R-235
Columbus, OH 43215

**DATE/TIME:**  June 25, 2008 @ 3:00 p.m.

**PLEASE NOTE:**

    1. The report required by Rule 26(f) of the Federal Rules of Civil Procedure must be filed no fewer than seven (7) days prior to the pretrial conference. The required form can be found on the Court's website, www.ohsd.uscourts.gov  Click on "Forms" and then select "Rule 26(f) Report of the Parties (Eastern Division Only)."

    2. The Eastern Division General Order on Pretrial Conference can also be found on the Court's website.

    3. Any party may request that the conference be held by telephone. The requesting party must initiate the conference call to 614-719-3390. All parties must be given the opportunity to participate by telephone.

    4. Parties or principals are welcome, but not required, to attend the conference.

**DATE**: May 9, 2008               *s/John D. Miller*
                                                John D. Miller, Courtroom Deputy
                                                To Magistrate Judge King