UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Citizens for Community
Values, Inc.,

_____,
                **Plaintiff(s)**

vs.

Upper Arlington Public
Library Bd. of Trustees ,
                **Defendant(s)**

Case No. 2:08-cv-223_____
District Judge Smith_____
Magistrate Judge King_____

RULE 26(f) REPORT OF PARTIES
(to be filed no fewer than seven (7)
days prior to the Rule 16 Conference)

   1. Pursuant to F.R.Civ.P. 26(f), a meeting was held on 06/04/08 & 06/10/08 and was attended by:

Timothy D. Chandler_____, counsel for plaintiff(s) Citizens for Community Values_____

_____, counsel for plaintiff(s) _____

Susan Porter_____, counsel for defendant(s) UA Public Library Bd. of Trustees_____

Angelique Paul Newcomb____, counsel for defendant(s) UA Public Library Bd. of Trustees_____

   2. **Consent to Magistrate Judge.** The parties:

   ☐ unanimously consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. §636©).

   ☑ do not unanimously consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. §636©).

   3. **Initial Disclosures.** The parties:

   ☐ have exchanged the initial disclosures required by Rule 26(a)(1);

   ☑ will exchange such disclosures by July 16, 2008_____

   ☐ are exempt from such disclosures under Rule 26(a)(1)(E).

   ☐ have agreed not to make initial disclosures.

4. **Jurisdiction and Venue**

   a. Describe any contested issues relating to: (1) subject matter jurisdiction, (2) personal jurisdiction and/or (3) venue:

   None

   b. Describe the discovery, if any, that will be necessary to the resolution of issues relating to jurisdiction and venue:

   None

   c. Recommended date for filing motions addressing jurisdiction and/or venue:

   N/A

5. **Amendments to Pleadings and/or Joinder of Parties**

   a. Recommended date for filing motion/stipulation to amend the pleadings or to add additional parties: August 29, 2008

   b. (if class action) Recommended date for filing motion to certify the class:

   N/A

6. **Recommended Discovery Plan**

   a. Describe the **subjects** on which discovery is to be sought and the nature and extent of discovery that each party will need:

   The Parties believe only limited discovery is necessary. Plaintiff may request discovery on enforcement of the Library's Meeting Room Policy and information regarding use of the Library's meeting rooms. Defendant has already served written discovery to which Plaintiff has already responded.

2

b. What **changes** should be made, if any, in the limitations on discovery imposed by the Federal Rules of Civil Procedure or the local rules of this Court?

None.

c. The case presents the following issues relating to disclosure or discovery of **electronically stored information**, including the form or forms in which it should be produced:

No known issues at this time.

d. The case presents the following issues relating to claims of **privilege or of protection as trial preparation materials**:

None at this time.

Have the parties agreed on a procedure to assert such claims **AFTER** production?

- [ ] No
- [✓] Yes
- [ ] Yes, and the parties ask that the Court include their agreement in an order.

e. Identify the discovery, if any, that can be **deferred** pending settlement discussions and/or resolution of potentially dispositive motions:

None. Plaintiff would like to proceed with discovery while the Parties await a ruling on Plaintiff's pending Motion for Preliminary Injunction.

f. The parties recommend that discovery should proceed in **phases**, as follows:

N/A

g. Describe the areas in which **expert testimony** is expected and indicate whether each expert will be specially retained within the meaning of F.R.Civ.P.26(a)(2):

None expected at this time.

   i. Recommended date for making **primary expert designations**:

   N/A

   ii. Recommended date for making **rebuttal expert designations**:

   N/A

h. Recommended **discovery completion date**: October 17, 2008

7. **Dispositive Motion(s)**

    a. Recommended date for filing dispositive motions: November 17, 2008

8. **Settlement Discussions**

    a. Has a settlement demand been made? N/A    A response? N/A

    b. Date by which a settlement demand can be made: N/A

    c. Date by which a response can be made: N/A. See #10.

## 9. Settlement Week Referral

The earliest Settlement Week referral reasonably likely to be productive is the

    \_\_\_\_ March 200\_\_\_      Settlement Week

    \_\_\_\_ June 200\_\_\_       Settlement Week

    \_\_\_\_ September 200\_\_\_  Settlement Week

    _x_ December 200_9_    Settlement Week

## 10. Other matters for the attention of the Court:

The Parties do not believe that settlement discussions could be meaningful until the Court decides the legal issues raised by Plaintiff's Verified Complaint. Plaintiff's Motion for Preliminary Injunction is fully briefed and the Parties are awaiting the Court's decision.

## Signatures:

Attorney(s) for Plaintiff(s):

/s/ Timothy D. Chandler
Ohio Bar # admitted pro hac vice
Trial Attorney for Plaintiff

Ohio Bar #
Trial Attorney for

Ohio Bar #
Trial Attorney for

Ohio Bar #
Trial Attorney for

Attorney(s) for Defendant(s):

/s/ Susan Porter
Ohio Bar # 0036867
Trial Attorney for Defendant

Ohio Bar #
Trial Attorney for

Ohio Bar #
Trial Attorney for

Ohio Bar #
Trial Attorney for