```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF OHIO
                       EASTERN DIVISION
```

**CITIZENS FOR COMMUNITY VALUES,**
**INC.,**

        **Plaintiff,**

  **vs.**                                  **Civil Action 2:08-CV-223**
                                                      **Judge Smith**
                                                       **Magistrate Judge King**

**UPPER ARLINGTON PUBLIC**
**LIBRARY BOARD OF TRUSTEES,**

        **Defendant.**

## PRELIMINARY PRETRIAL ORDER

      A preliminary pretrial conference was held on June 25, 2008. All parties were represented.

      This is a civil rights action under 42 U.S.C. §1983, with a supplemental state law claim under the Ohio Constitution, in which plaintiff alleges that it was unlawfully denied access to defendant's meeting rooms based on the religious content of its proposed meeting.

      There is no jury demand.

      The Court has subject matter jurisdiction under 28 U.S.C. §1343 and supplemental jurisdiction under 28 U.S.C. §1367.

      The Court has personal jurisdiction over the parties and venue is proper.

      Plaintiff's motion for a preliminary injunction, Doc. No. 4, is pending and awaiting decision.

      **All discovery is STAYED pending the earlier of resolution of the motion for preliminary injunction or two weeks.**

      The parties will make their Rule 26(a)(1) disclosures by August 15, 2008.

Motions addressing the joinder of additional parties and amendments to the pleadings may be filed, if at all, by September 15, 2008.

All discovery must be completed by October 17, 2008. The parties are advised that the discovery completion date requires that discovery requests be made sufficiently in advance to permit timely response by that date.

Motions for summary judgment may be filed no later than November 17, 2008.

This case will be available for final pretrial conference in February 2009, or as soon thereafter as the Court's calendar permits.

This case will not be referred to a Settlement Week unless the parties request such a referral.

If any date set herein falls on a weekend or legal holiday, the date of the next business day will control.


June 26, 2008                             s/Norah McCann King
                                         Norah M<sup>c</sup>Cann King
                                    United States Magistrate Judge