## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| CITIZENS FOR COMMUNITY VALUES, INC., :<br>:<br>Plaintiff,                           :<br>:<br>vs.                                       :<br>:<br>UPPER ARLINGTON PUBLIC LIBRARY :<br>BOARD OF TRUSTEES,                :<br>:<br>Defendant.                         : | Case No. 2:08-cv-00223-GCS-NMK<br><br>Judge George C. Smith<br>Magistrate Judge Norah McCann King |

### [PROPOSED] FINAL JUDGMENT AND PERMANENT INJUNCTION

On March 7, 2008, Plaintiff Citizens for Community Values, Inc. filed its Verified Complaint for Declaratory Judgment, Preliminary and Permanent Injunctions, and Nominal Damages under 42 U.S.C. § 1983 against Defendant Upper Arlington Public Library Board of Trustees, asserting violations of their rights under the First and Fourteenth Amendments of the United States Constitution and Section 7, Article I of the Ohio Constitution. On March 11, 2008, Plaintiff filed a Motion for Preliminary Injunction, seeking to enjoin the Library from enforcing its meeting room policy prohibiting Plaintiff from accessing the Library's meeting rooms for its "Politics and the Pulpit" event and other similar events. The parties agreed to consolidate the hearing with a trial on the merits pursuant to Federal Rule of Civil Procedure 65(a)(2). On August 14, 2008, this Court granted Plaintiff's Motion for Preliminary Injunction and converted it to a permanent injunction enjoining Defendant from severing out and excluding activities from its meeting rooms that it concludes are "inherent elements of a religious service" or elements that are "quintessentially religious."

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Based on the reasons and authorities set forth in this Court's August 14, 2008 Opinion and Order, this Court declares that Defendant violated Plaintiff's First Amendment free speech rights by severing out and excluding activities from its meeting rooms that it concluded are "inherent elements of a religious service" or elements that are "quintessentially religious."

2. Defendant and each of its officers, principals, agents, servants, employees, successors, and assignees, and all those in concert or participation with Defendant, are PERMANENTLY ENJOINED from severing out and excluding activities from its meeting rooms that it concludes are "inherent elements of a religious service" or elements that are "quintessentially religious."

3. Plaintiff is awarded nominal damages in the amount of $1.00.

4. Plaintiff is the prevailing party for purposes of 42 U.S.C. § 1988 and may be entitled to an award of costs and expenses, including reasonable attorneys fees, in an amount to be determined by the Court.

5. The Court shall retain jurisdiction of this matter to make any orders or findings necessary to enforce this Final Judgment and Permanent Injunction.

IT IS SO ORDERED this _____ day of _____, 2008.

_____
GEORGE C. SMITH, JUDGE
UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2008, I electronically submitted the foregoing document with the Clerk of Court using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

**Timothy D Chandler**
tchandler@telladf.org,mschmidt@telladf.org

**Heather Gebelin Hacker**
hghacker@telladf.org

**Kevin Theriot**
ktheriot@telladf.org,jrennels@telladf.org

**David R Langdon**
dlangdon@langdonlaw.com

*Attorneys for Plaintiffs*


**Angelique Paul Newcomb**
ANewcomb@szd.com

**Susan Porter**
sporter@szd.com

*Attorneys for Defendants*

       /s/ Timothy D. Chandler
       Timothy D. Chandler
       CA Bar No. 234325
       ALLIANCE DEFENSE FUND
       101 Parkshore Drive, Suite 100
       Folsom, California 95630
       Telephone: (916) 932-2850
       Email: tchandler@telladf.org