# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

CITIZENS FOR COMMUNITY VALUES, INC.,

    Plaintiff,

vs.

UPPER ARLINGTON PUBLIC LIBRARY
BOARD OF TRUSTEES,

    Defendant.

Case No. 2:08-cv-00223-GCS-NMK

Judge George C. Smith
Magistrate Judge Norah McCann King

## JOINT STIPULATION TO EXTEND TIME FOR FILING BRIEFS
## ON ATTORNEYS' FEES AND COSTS

The parties in the above-captioned matter submit this stipulated request for an order extending the time for Plaintiff to file a brief in support of their Motion for Attorneys' Fees and Non-Taxable Expenses by two weeks, from September 12, 2008 to September 26, 2008, and allow Defendants fourteen days from the date of Plaintiff's brief to file a responsive brief. The parties have been in settlement discussions, and this extension is necessary to further facilitate those discussions.

On September 10, 2008, Plaintiff's counsel confirmed with Defendant's counsel that the content of this document is acceptable, as required by this Court's ECF Policy and Procedure II.C.2.

Respectfully submitted,

| | |
|---|---|
| **s/ Timothy D. Chandler** | **s/ Susan Porter** |
| Timothy D. Chandler, Esq. | Susan Porter, Esq. |
| CA Bar No. 234325 | OH Bar No. 0036867 |
| 101 Parkshore Drive, Suite 100 | 250 West Street |
| Folsom, California 95630 | Columbus, Ohio 43215 |
| (916) 932-2850 (telephone) | (614) 462-2314 (telephone) |
| E-mail: tchandler@telladf.org | E-mail: SPorter@szd.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2008, I electronically submitted the foregoing document with the Clerk of Court using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

**Timothy D Chandler**
tchandler@telladf.org,mschmidt@telladf.org

**Heather Gebelin Hacker**
hghacker@telladf.org

**Kevin Theriot**
ktheriot@telladf.org,jrennels@telladf.org

**David R Langdon**
dlangdon@langdonlaw.com

*Attorneys for Plaintiffs*


**Angelique Paul Newcomb**
ANewcomb@szd.com

**Susan Porter**
sporter@szd.com

*Attorneys for Defendants*

        **/s/ Timothy D. Chandler**
        Timothy D. Chandler
        CA Bar No. 234325
        ALLIANCE DEFENSE FUND
        101 Parkshore Drive, Suite 100
        Folsom, California 95630
        Telephone: (916) 932-2850
        Email: tchandler@telladf.org