**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**CITIZENS FOR COMMUNITY VALUES, INC.,**

      **Plaintiff,**

  vs.                              **Civil Action 2:08-CV-223
Judge Smith
Magistrate Judge King**

**UPPER ARLINGTON PUBLIC
LIBRARY BOARD OF TRUSTEES,**

      **Defendant.**

## ORDER

On September 10, 2008, the parties filed a joint motion requesting that the Court extend the briefing schedule by two weeks on plaintiff's motion for attorneys' fees and non-taxable expenses, Doc. No. 21. Doc. No. 22. The parties believe that such extension will facilitate settlement discussions. *Id*.

The parties' motion is **GRANTED**. Plaintiff's brief in support of their motion is due September 26, 2008. Defendant's response is due October 10, 2008.

September 16, 2008                s/Norah McCann King
                                          Norah McCann King
                                United States Magistrate Judge