IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CITIZENS FOR COMMUNITY VALUES, INC., | : | |
| | : | Case No. 2:08-cv-00223 |
| Plaintiff, | : | Judge George C. Smith |
| v. | : | Magistrate Judge King |
| UPPER ARLINGTON PUBLIC LIBRARY BOARD OF TRUSTEES, | : | |
| Defendant. | : | |

## DEFENDANT'S RESPONSE TO PLAINTIFF'S PROPOSED FINAL JUDGMENT AND PERMANET INJUNCTION ORDER

On August 28, 2008, Plaintiff Citizens for Community Values, Inc. "(Plaintiff") filed its Proposed Final Judgment and Permanent Injunction Order. Defendant Upper Arlington Public Library Board of Trustees ("Defendant Library") has no objection to the language suggested by Plaintiff, but respectfully requests that the following provisions also be added to the proposed Order:

- The Court expresses no opinion as to the constitutionality of Defendant Library's policy of precluding religious services from its meeting rooms.

- The Court finds that Defendant Library does not violate the Establishment Clause of the United States Constitutional by allowing Plaintiff's proposed event to be held in one of Defendant Library's meeting rooms.

Respectfully submitted,
SCHOTTENSTEIN, ZOX & DUNN


/s/ Susan Porter
Susan Porter, Esq. (0036867)
250 West Street
Columbus, Ohio 43215
(614) 462-2314 (telephone)
(614) 462-5135 (facsimile)
E-mail: SPorter@szd.com
*Trial Attorney for Defendant*

OF COUNSEL:
Angelique Paul Newcomb, Esq. (0068094)
SCHOTTENSTEIN, ZOX & DUNN
250 West Street
Columbus, Ohio 43215
(614) 462-2257 (telephone)
(614) 462-5135 (facsimile)
E-mail: ANewcomb@szd.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of September 2008, a copy of the foregoing Defendant's Response to Plaintiff's Proposed Final Judgment and Permanent Injunction was filed electronically and served upon the following individuals via the Court's electronic notification system:

>Timothy D. Chandler, Esq.
>ALLIANCE DEFENSE FUND
>101 Parkshore Drive, Suite 100
>Folsom, California 95630
>tchandler@telladf.org
>*Attorney for Plaintiff*
>
>and
>
>David R. Langdon, Esq.
>LANGDON & HARTMAN LLC
>11175 Reading Road, Suite 104
>Cincinnati, Ohio 45241
>dlangon@langdonlaw.com
>*Attorney for Plaintiff*

>/s/ Angelique Paul Newcomb
>Angelique Paul Newcomb