# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

CITIZENS FOR COMMUNITY VALUES, INC., :
:
    Plaintiff, : Case No. 2:08-cv-00223-GCS-NMK
:
vs. : Judge George C. Smith
      Magistrate Judge Norah McCann King
:
UPPER ARLINGTON PUBLIC LIBRARY :
BOARD OF TRUSTEES, :
:
    Defendant. :

## STIPULATION

The parties stipulate that the following hourly rates for Plaintiff's counsel are reasonable based on the prevailing rates in this community: $325.00 per hour for Kevin H. Theriot, Esq., $285.00 per hour for David R. Langdon, Esq., $200.00 per hour for Timothy D. Chandler, Esq., and $75.00 per hour for Michele L. Schmidt, CP.

On September 25, 2008, Plaintiff's counsel confirmed with Defendant's counsel that the content of this document is acceptable, as required by this Court's ECF Policy and Procedure II.C.3.

Respectfully submitted this 26th day of September, 2008.

| | |
|---|---|
| /s/ *Susan Porter* | /s/ *Timothy D. Chandler* |
| Susan Porter, Esq. | Timothy D. Chandler, Esq. |
| OH Bar No. 0036867 | CA Bar No. 234325 |
| 250 West Street | 101 Parkshore Drive, Suite 100 |
| Columbus, Ohio 43215 | Folsom, California 95630 |
| (614) 462-2314 (telephone) | (916) 932-2850 (telephone) |
| (614) 462-5135 (facsimile) | (916) 932-2851 (facsimile) |
| E-mail: SPorter@szd.com | E-mail: tchandler@telladf.org |
| *Counsel for Defendant* | *Counsel for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2008, I electronically submitted the foregoing document with the Clerk of Court using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

**Kevin H. Theriot**
ktheriot@telladf.org, jrennels@telladf.org

**David R. Langdon**
dlangdon@langdonlaw.com

**Timothy D. Chandler**
tchandler@telladf.org, mschmidt@telladf.org

**Heather Gebelin Hacker**
hghacker@telladf.org

*Counsel for Plaintiff*

**Angelique Paul Newcomb**
ANewcomb@szd.com

**Susan Porter**
sporter@szd.com

*Counsel for Defendant*

/s/ *Timothy D. Chandler*
Timothy D. Chandler
CA Bar No. 234325
ALLIANCE DEFENSE FUND
101 Parkshore Drive, Suite 100
Folsom, California 95630
Telephone: (916) 932-2850
Email: tchandler@telladf.org