IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CITIZENS FOR COMMUNITY VALUES, INC., | : | |
| | : | Case No. 2:08-cv-00223 |
| Plaintiff, | : | |
| | : | Judge George C. Smith |
| v. | | |
| | : | Magistrate Judge King |
| UPPER ARLINGTON PUBLIC LIBRARY BOARD OF TRUSTEES, | : | |
| Defendant. | : | |

### DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO OPPOSE PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND NON-TAXABLE EXPENSES

Defendant Upper Arlington Public Library Board of Trustees ("Defendant") hereby moves the Court for a two-week extension of time to oppose the Memorandum in Support of its Motion for Attorneys' Fees and Non-Taxable Expenses filed by Plaintiff Citizens for Community Values, Inc. ("Plaintiff"). The reasons supporting this Motion are more fully set forth in the attached Memorandum in Support.

Respectfully submitted,
SCHOTTENSTEIN, ZOX & DUNN

/s/ Susan Porter
Susan Porter, Esq. (0036867)
250 West Street
Columbus, Ohio 43215
(614) 462-2314 (telephone)
(614) 462-5135 (facsimile)
E-mail: SPorter@szd.com
*Trial Attorney for Defendant*

{H1346899.1 }

Dockets.Justia.com

OF COUNSEL:
Angelique Paul Newcomb, Esq. (0068094)
SCHOTTENSTEIN, ZOX & DUNN
250 West Street
Columbus, Ohio 43215
(614) 462-2257 (telephone)
(614) 462-5135 (facsimile)
E-mail: ANewcomb@szd.com

## MEMORANDUM IN SUPPORT

On September 26, 2008, Plaintiff filed its Memorandum in Support of its Motion for Attorneys' Fees and Non-Taxable Expenses. Defendant's opposing memorandum is due October 10, 2008. However, Defendant's counsel is currently preparing for a hearing before the Municipal Civil Service Commission in Sandusky, Ohio, which begins the same day. Accordingly, Defendant respectfully requests that the Court grant it a two-week extension of time, until October 24, 2008, to file its opposing memorandum. Plaintiff has no objection to this brief extension of time.

Respectfully submitted,
SCHOTTENSTEIN, ZOX & DUNN


/s/ Susan Porter
Susan Porter, Esq. (0036867)
250 West Street
Columbus, Ohio 43215
(614) 462-2314 (telephone)
(614) 462-5135 (facsimile)
E-mail: SPorter@szd.com
*Trial Attorney for Defendant*

OF COUNSEL:
Angelique Paul Newcomb, Esq. (0068094)
SCHOTTENSTEIN, ZOX & DUNN
250 West Street
Columbus, Ohio 43215
(614) 462-2257 (telephone)
(614) 462-5135 (facsimile)
E-mail: ANewcomb@szd.com

{H1346899.1 }

# CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of October 2008, a copy of the foregoing Defendant's Unopposed Motion for Extension of Time to Oppose Plaintiff's Motion for Attorneys' Fees and Non-Taxable Costs was filed electronically and served upon the following individuals via the Court's electronic notification system:

>Timothy D. Chandler, Esq.
>ALLIANCE DEFENSE FUND
>101 Parkshore Drive, Suite 100
>Folsom, California 95630
>tchandler@telladf.org
>*Attorney for Plaintiff*
>
>and
>
>David R. Langdon, Esq.
>LANGDON & HARTMAN LLC
>11175 Reading Road, Suite 104
>Cincinnati, Ohio 45241
>dlangon@langdonlaw.com
>*Attorney for Plaintiff*

>/s/ Angelique Paul Newcomb
>Angelique Paul Newcomb