**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**CITIZENS FOR COMMUNITY VALUES,**
**INC.,**

        **Plaintiff,**

  **vs.**                                   **Civil Action 2:08-CV-223**
                                           **Judge Smith**
                                           **Magistrate Judge King**

**UPPER ARLINGTON PUBLIC**
**LIBRARY BOARD OF TRUSTEES,**

        **Defendant.**

## ORDER

Defendant's unopposed motion, Doc. No. 33, for an extension of time until October 24, 2008, in which to file defendant's memorandum in opposition to plaintiff's motion for attorney's fees and non-taxable expenses, Doc. No. 26, is hereby **GRANTED.**

October 7, 2008                             s/Norah McCann King
                                                   Norah M<sup>c</sup>Cann King
                                          United States Magistrate Judge