%AO 133    (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

Southern District of Ohio

Citizens for Community Values

V.

Upper Arlington Public Library Board of Trustees

## BILL OF COSTS

Case Number: 2:08-cv-00223-GCS-NMK

Judgment having been entered in the above entitled action on  10/16/2008  against  Defendants  ,
                                                                Date
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk ........................................................ | $ 350.00 |
| Fees for service of summons and subpoena ................................... | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | |
| Fees and disbursements for printing ........................................ | |
| Fees for witnesses (itemize on reverse side) ................................. | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ........... | 7.80 |
| Docket fees under 28 U.S.C. 1923 ......................................... | |
| Costs as shown on Mandate of Court of Appeals ............................. | |
| Compensation of court-appointed experts ................................... | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 .... | |
| Other costs (please itemize) .............................................. | 600.00 |
| TOTAL | $ 957.80 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.

Signature of Attorney: _Angelique Newcomb & Susan Porter, Attorneys for Defendants_ [signature]

Name of Attorney: Timothy D. Chandler

For: Citizens for Community Values, Plaintiffs       Date: 10/29/2008
     Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

_____         By: _____         _____
Clerk of Court                        Deputy Clerk                        Date

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | TOTAL | |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
"Entry of the judgment shall not be delayed for the taxing of costs."

Itemization of requested costs :

| | | |
|---|---|---|
| **Fees of the Clerk:** | | |
| 03/07/2008 | Initial Filing Fee | $350.00 |
| 03/11/2008 | Attorney Pro Hac Vice Fee – Timothy D. Chandler | $200.00 |
| 03/11/2008 | Attorney Pro Hac Vice Fee – Heather Gebelin Hacker | $200.00 |
| 03/11/2008 | Attorney Pro Hac Vice Fee – Kevin H. Theriot | $200.00 |
| | **Total** | **$950.00** |
| | | |
| **Fees for exemplification and copies of papers necessarily obtained for use in the case** | | |
| 03/11/2008 | 78 copies of documents for waiver of service of process | $7.80 |
| | **Total** | **$7.80** |
| | | |
| | **Report Total** | **$957.80** |

```
Court Name: US District Court SDO
Division: 2
Receipt Number: 200COL002042
Cashier ID: kepplek
Transaction Date: 03/07/2008
Payer Name: David R. Langdon
------------------------------------
CIVIL FILING FEE
  For: David R. Langdon
  Case/Party: D-OHS-2-08-CV-000223-001
  Amount:        $350.00
------------------------------------
CHECK
  Remitter: Langdon & Hartman, LLC
  Check/Money Order Num: 1511
  Amt Tendered:  $350.00
------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

Citizens for Community Values v.
Upper Arlington Public Library
Board of Trustees


A fee of $45.00 will be assessed on
all returned checks.
```

# Tim Chandler

**From:** paygovadmin@mail.doc.twai.gov
**Sent:** Tuesday, March 11, 2008 10:28 AM
**To:** Tim Chandler
**Subject:** Pay.Gov Payment Confirmation

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

Your transaction has been successfully completed.

Payment Summary

Application Name: OHSD CM ECF
Pay.gov Tracking ID: 24UJL59H
Agency Tracking ID: 06480000000001596311

Account Holder Name: David Langdon
Transaction Type: Sale
Billing Address: ███████████
Zip/Postal Code: ███████
Country: USA
Card Type: Master Card
Card Number: ************4219
Expiration Date: Jan, 2011
Payment Amount: $200.00
Transaction Date: Mar 11, 2008 1:28:10 PM

# Tim Chandler

| | |
|---|---|
| **From:** | paygovadmin@mail.doc.twai.gov |
| **Sent:** | Tuesday, March 11, 2008 10:30 AM |
| **To:** | Tim Chandler |
| **Subject:** | Pay.Gov Payment Confirmation |

THIS IS AN AUTOMATED MESSAGE.   PLEASE DO NOT REPLY.

Your transaction has been successfully completed.

Payment Summary

Application Name: OHSD CM ECF
Pay.gov Tracking ID: 24UJL5EP
Agency Tracking ID: 06480000000001596332

Account Holder Name: David Langdon
Transaction Type: Sale
Billing Address: 
Zip/Postal Code: 
Country: USA
Card Type: Master Card
Card Number: ************4219
Expiration Date: Jan, 2011
Payment Amount: $200.00
Transaction Date: Mar 11, 2008 1:30:25 PM

1

**Tim Chandler**

**From:** paygovadmin@mail.doc.twai.gov
**Sent:** Tuesday, March 11, 2008 10:34 AM
**To:** Tim Chandler
**Subject:** Pay.Gov Payment Confirmation

```
THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

Your transaction has been successfully completed.

Payment Summary

Application Name: OHSD CM ECF
Pay.gov Tracking ID: 24UJL5L1
Agency Tracking ID: 064800000000001596345

Account Holder Name: Timothy D. Chandler Transaction Type: Sale Billing Address:
City:
State/Province:
Zip/Postal Code:
Country: USA
Card Type: Master Card
Card Number: ************4219
Expiration Date: Jan, 2011
Payment Amount: $200.00
Transaction Date: Mar 11, 2008 1:33:50 PM
```

# CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2008, I electronically submitted the foregoing document with the Clerk of Court using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

**Timothy D Chandler**
tchandler@telladf.org,mschmidt@telladf.org

**Heather Gebelin Hacker**
hghacker@telladf.org

**Kevin Theriot**
ktheriot@telladf.org,jrennels@telladf.org

**David R Langdon**
dlangdon@langdonlaw.com

*Attorneys for Plaintiffs*

**Angelique Paul Newcomb**
ANewcomb@szd.com

**Susan Porter**
sporter@szd.com

*Attorneys for Defendants*

/s/ *Timothy D. Chandler*
Timothy D. Chandler
CA Bar No. 234325
ALLIANCE DEFENSE FUND
101 Parkshore Drive, Suite 100
Folsom, California 95630
Telephone: (916) 932-2850
Email: tchandler@telladf.org