IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Citizens for Community Values, Inc.,       :

       vs                      :            2:08cv-223

Upper Arlington Public Library Board of
Trustees,
_____

### NOTICE TO COUNSEL UPON FILING OF BILL OF COSTS
_____


       On October 29, 2008, Plaintiff, Citizens for Community Values filed a Bill of Costs.  The Bill of Costs will be held in abeyance until the time has run for filing an appeal in this case and the Bill of Costs is re-filed.


                                       JAMES BONINI, CLERK



October 29, 2008                     S/Tammy Tornus

                                    Tammy Tornus, Division Manager