# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| CITIZENS FOR COMMUNITY VALUES, INC., : | |
| : | |
| Plaintiff, : | Case No. 2:08-cv-00223-GCS-NMK |
| : | |
| vs. : | Judge George C. Smith |
| : | Magistrate Judge Norah McCann King |
| : | |
| UPPER ARLINGTON PUBLIC LIBRARY : | |
| BOARD OF TRUSTEES, : | |
| : | |
| Defendant. : | |

## SUPPLEMENTAL DECLARATION OF TIMOTHY D. CHANDLER IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS FEES AND NON-TAXABLE COSTS

Pursuant to 28 U.S.C. § 1746, I, Timothy D. Chandler, state as follows:

1.  The matters declared herein are based upon my own personal knowledge.

2.  This Supplemental Declaration is filed to show the reasonableness of the number of hours I have incurred on behalf of Plaintiff in this matter since September 26, 2008, when the Memorandum of Points and Authorities in Support of Plaintiff's Motion for Attorneys' Fees was filed.

3.  As reflected on the attached timesheet, since filing my first declaration I have personally spent an additional 17.1 hours on behalf of my client in this matter. My timesheet is based on contemporaneous time records that I kept as I worked on each task. However, after reviewing my timesheet and coordinating with my co-counsel as part of my firm's regular practice of exercising billing discretion (to attempt to ensure that we eliminate administrative tasks, excessive research or drafting, or duplicative work from our fee requests), I have reduced the number of my hours for which my firm seeks compensation to 14.0 hours. These omissions

are reflected in the "Adjusted Hours" column and corresponding notes included in my supplemental itemized time statement, attached hereto as Exhibit A.

4. When multiplied by my hourly rate of $200.00, the additional amount of attorney fees for which I personally seek recovery is $2,800.00. This brings my total amount of fees for which my firm seeks recovery to $28,020.00.

5. Attached hereto as Exhibits B through E are a true and correct copy of the Verified Class Action Complaint and Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction filed in *Lambert v. Hartmann*, No. 1:04-CV-837, and the Class Action Complaint and Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction filed in *Estep v. Blackwell*, No. 1:06-CV-106.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 12th day of November, 2008.

/s/ *Timothy D. Chandler*
Timothy D. Chandler
CA Bar No. 234325
ALLIANCE DEFENSE FUND
101 Parkshore Drive, Suite 100
Folsom, California 95630
Telephone: (916) 932-2850
Email: tchandler@telladf.org

**CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2008, I electronically submitted the foregoing document with the Clerk of Court using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

**Kevin H. Theriot**
ktheriot@telladf.org, jrennels@telladf.org

**David R. Langdon**
dlangdon@langdonlaw.com

**Timothy D. Chandler**
tchandler@telladf.org, mschmidt@telladf.org

**Heather Gebelin Hacker**
hghacker@telladf.org

*Counsel for Plaintiff*

**Angelique Paul Newcomb**
ANewcomb@szd.com

**Susan Porter**
sporter@szd.com

*Counsel for Defendant*

/s/ *Timothy D. Chandler*
Timothy D. Chandler
CA Bar No. 234325
ALLIANCE DEFENSE FUND
101 Parkshore Drive, Suite 100
Folsom, California 95630
Telephone: (916) 932-2850
Email: tchandler@telladf.org